FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**MIKE KEASLER**
**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

November 18, 2020

10th Court of Appeals Clerk
Nita Whitener
McLennan County Courthouse
501 Washington Ave., Rm 415
Waco, TX 76701
* Delivered Via E-Mail *

District Clerk McLennan County
Jon Gimble
P.O. Box 2451
Waco, Tx 76703
* Delivered Via E-Mail *

**Re:** Ukwuachu, Samuel
**CCA No.** PD-0776-19
**Trial Court Case No.** 2014-1202-C2

**COA No.** 10-15-00376-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

Deana Williamson, Clerk

cc: District Attorney Mclennan County (Delivered Via E-Mail)
William A. Bratton, Iii (Delivered Via E-Mail)
Presiding Judge 54th District Court (Delivered Via E-Mail)
John R. Messinger (Delivered Via E-Mail)